# UNITED STATES DISTRICT COURT

for the

Eastern District of California  ☐

**SEALED**

FILED

Apr 18, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Ralph Contreras, Jr. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

Case No.  1:25-mj-00043-EPG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 2024 and January 2025  in the county of  Madera  in the

Eastern  District of  California  , the defendant(s) violated:

| Code Section | |
|---|---|
| 18 USC § 2252(a)(2) | Receipt and Distribution of Material Involving Sexual Exploitation of a Minor (Up to 20 years of imprisonment, with mandatory minimum of 5 years; $250,000 fine; a lifetime term of supervised release, with mandatory minimum of 5 years, and $100 special assessment) |
| 18 USC § 2252(a)(4)(B) | Possesion of Material Involving the Sexual Exploitation of a Minor (Up to 20 years of imprisonment; $250,000 fine; a lifetime term of supervised release, with mandatory minimum of 5 years; and $100 special assessment) |

This criminal complaint is based on these facts:

See attached affidavit of HSI SA Lillie Thibodeaux attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

*Lillie Thibodeaux*
_____
*Complainant's signature*

Lillie Thibodeaux, HSI Special Agent
_____
*Printed name and title*

Sworn to before me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1.

Date:  **Apr 18, 2025**

*Erica P. Grosjean*
_____
*Judge's signature*

City and state:  Fresno, California

Hon. Erica P. Grosjean, U.S. Magistrate Judge
_____
*Printed name and title*

1  MICHELE BECKWITH
2  Acting United States Attorney
   BRITTANY M. GUNTER
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7
   Attorneys for Plaintiff
8  United Staes of America

9

10            IN THE UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA.         CASE NO.

14                   Plaintiff,       AFFIDAVIT OF LILLIE THIBODEAUX IN
                                      SUPPORT OF A CRIMINAL COMPLAINT
15            v.

16  RALPH CONTRERAS JR.,

17                   Defendant.

18

19

20       I, Lillie Thibodeaux, being first duly sworn, depose and state as follows:

21                   **I.    <u>INTRODUCTION</u>**

22       1.       This affidavit is in support of a criminal complaint and issuance of an arrest warrant for

23  **Ralph Contreras, Jr.** (hereinafter referred to as "**CONTRERAS**") for violations of 18 U.S.C. §

24  2252(a)(2) (receipt and distribution of material involving the sexual exploitation of a minor) and

25  2252(a)(4)(B) (possession of material involving the sexual exploitation of a minor). Based on my

26  knowledge, training, and experience, conversations with experienced law enforcement officers and/or

27  agents, and the facts set forth in this affidavit, there is probable cause to believe that within the

28  approximate time frame beginning on or about September 2024 and continuing through on or about

                                      1

January 2025, within the Eastern District of California, **CONTRERAS** received, distributed, and possessed material depicting minors engaged in sexually explicit conduct, as defined in § 2256, and in violation of §§ 2252(a)(2) and 2252(a)(4)(B).

2.     The information contained in this affidavit is based upon my personal knowledge of the investigation, my knowledge, training, and experience, and information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for a criminal complaint and issuance of an arrest warrant, every detail of the investigation has not been included herein.

## II.     AGENT BACKGROUND

3.     I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C).  I have been employed as an HSI SA since December 2023. As part of my daily duties as an HSI SA and member of the Central Valley Internet Crimes Against Children ("ICAC") Task Force, I investigate criminal violations by persons relating to the unlawful possession, receipt, and distribution of material depicting minors engaged in sexually explicit conduct.

4.     In December of 2023, I attended the Federal Law Enforcement Training Center, Criminal Investigator and Homeland Security Investigations Special Agent Training Programs ("HSISAT"). HSISAT is a 584.5-hour course that covers multiple programmatic areas to include immigration law and enforcement, customs law and enforcement, cybercrime investigations, financial investigations, counterterrorism and national security, human trafficking, and use of force /defensive tactics. In January 2025, I completed a 40-hour training on ICAC Undercover Concepts and Techniques where I learned investigative training involving the unlawful possession, receipt, and distribution of material depicting minors engaged in sexually explicit conduct. I work alongside experienced law enforcement officers and/or agents who have conducted and participated in hundreds of investigations of such offenses. As part of my duties, I have observed and reviewed numerous examples of depictions of minors engaged in sexually explicit conduct, as defined in § 2256, in all forms of media, including computer media.

2

5.      Prior to becoming a HSI SA, I received my bachelor's degree in criminal justice from the University of Louisiana at Lafayette in May 2022.

### III.      APPLICABLE LAW

6.      This investigation concerns alleged violations of 18 U.S.C § 2252, relating to material involving the sexual exploitation of minors.

    a.   18 U.S.C. § 2252(a)(2) prohibits the knowing receipt and distribution of any visual depiction of minors engaging in sexually explicit conduct, using any means or facility of interstate or foreign commerce, if the visual depiction had been mailed, shipped, or transported in interstate or foreign commerce, or if it contains materials that have been so mailed, shipped, or transported, by any means, including by computer.

    b.   18 U.S.C. § 2252(a)(4)(B) prohibits the knowing possession of one or more matters that contain any visual depictions of minors engaged in sexually explicit conduct, and that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or it is was produced using materials that have been mailed, shipped, or transported, by any means, including by computer.

### IV.      DEFINITIONS

7.      The following definitions apply to this affidavit:

    a.   Internet Protocol ("IP") address, as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet.  Every computer requires an IP address to connect to the Internet.  IP addresses can be dynamic, meaning that the Internet service provider assigns a different unique number to a computer every time it accesses the Internet.  IP addresses might also be static if an Internet service provider assigns a user's computer a particular IP address each time the computer accesses the Internet.

    b.   The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

    c.   The term "sexually explicit conduct," as used in 18 U.S.C. § 2256(2)(A)(i-v), is defined

3

as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

d.  The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disk or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

e.  The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where:

    i.  the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct;

    ii.  such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or

    iii.  such visual depiction has been created, adapted or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

## V.     STATEMENT OF PROBABLE CAUSE

### CyberTip 1 Sent by MediaLab/Kik to NCMEC

8.  On or about December 6, 2024, the Visalia Police Department ("VPD") received CyberTip Report #202782870 (hereinafter "CyberTip 1") from the National Center for Missing and Exploited Children ("NCMEC"). Based upon my training, experience, knowledge, and conversations with experienced law enforcement officers, a CyberTip is often a report made by an electronic service provider about suspected material depicting child sexual exploitation that appears on the electronic service provider's platform. NCMEC received the CyberTip submitted by "MediaLab/Kik" on

November 25, 2024. Based upon my training, experience, knowledge, and conversations with experienced law enforcement officers, MediaLab is the holding company for Kik Messenger ("Kik"), which is a free instant messaging mobile application.

9.    CyberTip 1 from MediaLab/Kik indicated that a user uploaded suspected child pornography to Kik between the dates November 14, 2024, and November 17, 2024. Specifically, MediaLab/Kik reported that a Kik user account with screen/username "sbhottie24" sent thirty-four (34) video and image files "in a private chat message to another user." CyberTip 1 included internet protocol ("IP") address 98.255.41.200 as the IP address used by Kik user account "sbhottie24," for November 14, 2024, through November 17, 2024, when accessing Kik. CyberTip 1 reported that IP address 98.255.41.200 was last used to login to the "sbhottie24" account on November 17, 2024, at approximately 18:00 hours. In the CyberTip, MediaLab/Kik also indicated that the "sbhottie24" account had an associated verified email address of stixmw11@gmail.com and an Electronic Service Provider (ESP) User ID "sbhottie24_vug." Based upon my training, experience, knowledge, and conversations with experienced law enforcement officers, verified email accounts require the user to provide additional information or take additional steps to confirm they are the owner of the email account; some verification processes require additional personal information such as a telephone number or alternate email address. Based upon my training, experience, knowledge, and conversations with experienced law enforcement officers, an ESP User ID is a user's unique identifier assigned by Kik.

10.    I and experienced law enforcement officers and agents reviewed the files MediaLab/Kik provided and reported had been uploaded by "sbhottie24." Based on our knowledge, training, and experience, at least twenty-two (22) of the thirty-four (34) video and image files depicted minors engaged in sexually explicit conduct. The following is a description of three (3) of the twenty-two (22) video and image files that depicted minors engaged in sexually explicit conduct:

**a) One file contained an approximately 1-minute-long video**

The video started with what appeared to be, based on my knowledge, training, and experience, the individual's small hands, the lack of pubic hair around the vaginal area, and conversations with and review by experienced law enforcement officers and/or agents, an approximately eight- to ten-year-old female on her hands and knees while, what appeared to be, an adult male penetrated the minor female's

vagina with his penis. The adult male appeared to ejaculate inside the minor female's vagina at the end of the video.

### b) Another file contained an image

The image depicted what appeared to be, based on my knowledge, training, and experience, the individual's small facial features, the lack of breast development, the lack of pubic hair around the vaginal area, and conversations with and review by experienced law enforcement officers and/or agents, a female who was approximately six to eight years old. The minor female was naked and laying on her back with her knees folded up above her head. The focal point of the image was on the minor's genitalia and anus. There appeared to be a white substance, consistent with sperm or ejaculate, based on my knowledge, training, and experience and conversations and review by experienced law enforcement officers and/or agents, inside and around the minor female's vagina.

### c) Another file contained an approximately 2-minute-long video

The video started with what appeared to be, based on my knowledge, training, and experience, the individual's small body structure, the lack of pubic hair around the vaginal area, and conversations with and review by experienced law enforcement officers and/or agents, an approximately seven- to nine-year-old female naked from the waist down laying on her back. What appeared to be an adult male was depicted rubbing his erect penis in and around the minor female's vagina. At the end of the video, the adult male appeared to ejaculate on the minor female's vagina.

### Identification of Ralph Contreras, Jr.

11.    On or about December 6, 2024, a detective with VPD obtained a state search warrant for information related to the Google email account stixw11@gmail.com, Comcast IP address 98.255.41.200, and Kik user account "sbhottie24."

12.    The following subscriber information was provided by Comcast related to IP address 98.255.41.200 for November 17, 2024, between 1800 and 1801 hours:

Subscriber Name: RALPH CONTRERAS JR

Service Address: 11353 MUIRFIELD RD, CHOWCHILLA, CA 936100000

Billing Address: 11353 MUIRFIELD RD, CHOWCHILLA, CA 936108017

Telephone #: (559) 223-8508

1   Identified Service: Internet

2   Start of Service: 10-20-2022

3   Account Status: Active

4   IP Assignment: Dynamically Assigned

5   E-mail User Ids: stixmw11

6   13.    The VPD detective also received the search warrant returns from Google. The following

7   subscriber information was provided by Google related to the stixw11@gmail.com account:

8   Name: Ralph Contreras Jr

9   Given Name: Ralph

10  Family Name: Contreras Jr

11  e-Mail: stixmwll@gmail.com

12  Alternate e-Mails: Baseball4life203@hotmail.com

13  Terms of Service IP:  75.5.255.113

14  Created on: 2009-07-14 00:47:09 Z

15  Birthday (Month Day, Year): August 2, 1985

16  Last Updated Date: 2024-12-08 05:12:54 Z

17  ACCOUNT RECOVERY

18  Contact e-Mail: stixmwll@gmail.com

19  Recovery SMS: +1-559-223-8508 [US]

20  PHONE NUMBERS

21  User Phone Numbers: +1-559-223-8508 [US]

22  14.    On or about December 26, 2024, I submitted an administrative subpoena to AT&T for the

23  subscriber information for phone number (559) 223-8508 associated with the email account

24  stixmwll@gmail.com per the Google search warrant returns. AT&T provided records responsive to the

25  subpoena, which included the following information:

26  FINANCIAL LIABLE PARTY

27      Name: RALPH CONTRERAS

28      Credit Address: 11353 MUIRFIELD RD, CHOWCHILLA, CA 93610

Customer Since: 10/21/2016

Contact Home Email: STIXMW11@GMAIL.COM

BILLING PARTY

Name: RALPH CONTRERAS

Billing Address: 11353 MUIRFIELD RD, CHOWCHILLA, CA 93610

USER INFORMATION

MSISDN: (559) 223-8508

MSISDN Active: 11/15/2020 – Current

User Address: 11353 MUIRFIELD RD, CHOWCHILLA, CA 93610

Service Start Date: 11/15/2020

Contact Home Email: BASEBALL4LIFE203@HOTMAIL.COM

15.     On or about January 14, 2025, the VPD detective received basic subscriber information for the Kik username "sbhottie24," which indicated that the verified email address stixmw11@gmail.com was used to create the "sbhottie24" Kik user account.

16.     Through law enforcement checks and records obtained from the Department of Motor Vehicles ("DMV"), a **Ralph Contreras Jr.** (hereinafter referred to as "**CONTRERAS**") was identified as residing in Chowchilla, California as of December 2024. Law enforcement databases showed an address of 11353 Muirfield Rd, Chowchilla, CA associated to **CONTRERAS** as his primary address. The address listed in the Comcast returns related to IP address 98.255.41.200 was similarly 11353 Muirfield Rd, Chowchilla, California 93610.  Chowchilla is a city located within Madera County in the State and Eastern District of California. **CONTRERAS**' birthday was also listed in the DMV records as August 2, 1985, which was consistent with the Google search warrant returns related to the stixw11@gmail.com account.

17.     DMV records listed an additional mailing address for **CONTRERAS** as "CA Department of Corrections." A public database inquiry on https://openpayrolls.com showed that **CONTRERAS** was a current California Department of Corrections and Rehabilitation ("CDCR") Sergeant at the Central California Women's Facility ("CCWF") State Prison located in Chowchilla, California. An Employment Development Department request confirmed his current employment at

8

1  CCWF.  A special agent with CDCR also confirmed that **CONTRERAS** was a CDCR employee and

2  that his phone number was 559-223-8508, consistent with the phone number provided in the Google

3  subscriber information for stixw11@gmail.com.

4    18.    Further, a search for a **Ralph Contreras, Jr.** on Facebook revealed a Facebook account

5  with the profile name "Ralph Stix Contreras Jr." The profile photo for the Facebook account appeared to

6  match the individual depicted in the DMV photograph of **CONTRERAS**. In the profile photo,

7  **CONTRERAS** is observed with a "Thin Blue Line" flag edited into the photo underneath his face.

8  Based on my knowledge, training, and experience, the "Thin Blue Line" flag represents support for law

9  enforcement and is often displayed by members of law enforcement.

10    **CyberTip 2 Sent by MediaLab/Kik to NCMEC**

11    19.    On or about December 23, 2024, a detective identified that a different CyberTip—

12  CyberTip Report #200177277 (hereinafter "CyberTip 2")—reported that a Kik user utilizing the same IP

13  address—98.255.41.200—and verified email address—stixmw11@gmail.com—as in CyberTip 1 had

14  sent one (1) video and one (1) image file containing suspected child pornography "in a private chat

15  message to another user" on September 30, 2024. MediaLab/Kik sent CyberTip 2 to NCMEC on

16  October 12, 2024. MediaLab/Kik reported the two (2) files were sent from a Kik user account with

17  screen/username "softballchika007."  CyberTip 2 included IP addresses from September 30, 2024, for

18  the Kik user account "softballchika007," which included the 98.255.41.200 IP address, as well as

19  107.127.17.82, 107.127.17.81, and 107.127.17.83. MediaLab/Kik reported the 98.255.41.200 IP address

20  was associated with the upload of the two files by "softballchika007." The ESP User ID for the Kik

21  username "softballchika007" was "softballchika007_hrh."

22    20.    I and other experienced law enforcement officers and/or agents reviewed the two (2) files

23  MediaLab/Kik provided for CyberTip 2 and reported had been shared by "softballchika007." The

24  following is a description of the two (2) files.

25    a)    **One file contained an approximately 16-second-long video**

26    The video depicted what appeared to be, based on my knowledge, training, and experience, the

27  individual's lack of breast development, the lack of pubic hair around the vaginal area, and

28  conversations with and review by experienced law enforcement officers and/or agents, an approximately

eight- to ten-year-old female. The minor female was fully nude. The minor female was depicting holding a black-colored hair comb and inserting the comb into her vagina.

**b) The other file contained an image**

The image depicted what appeared to be, based on my knowledge, training, and experience, and conversations with and review by experienced law enforcement officers and/or agents, two fully nude females. One female in the image appears to be an adult female based on developed breasts, presence of pubic hair, and mature facial features. Next to the adult female is a significantly shorter, post-puberty female who appeared to be, based on my knowledge, training, and experience, the female's hand size and height, and conversations with and review by experienced law enforcement officers and/or agents between the ages of fourteen to sixteen years of age.

21.    On or about December 26, 2024, a detective obtained a search warrant for content associated with Kik accounts "sbhottie24" and "softballchika007." On or about February 24, 2025, Kik provided returns responsive to the search warrant.  The Kik returns contained content and message logs for the "sbhottie24_vug" account for the dates November 14, 2024, to November 17, 2024. The twenty-two (22) image and video files from CyberTip 1 were also in the Kik returns for "sbhottie24_vug" and matched by filename.

22.    Kik provided private messaging conversations between "sbhottie24_vug" and other users. For example, on or about November 17, 2024, "sbhottie24_vug" and "donnybell4114_19i" exchanged the following messages, summarized below:

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| donnybell4114_19i | sbhottie24_vug | Have you got any more pics | 101.177.202.231 | 2024-11-17 04:11:07 |
| sbhottie24_vug | donnybell4114_19i | I do... but do you have pics of young girls? | 98.255.41.200 | 2024-11-17 04:11:21 |
| donnybell4114_19i | sbhottie24_vug | No I dont | 101.177.202.231 | 2024-11-17 04:11:30 |
| donnybell4114_19i | sbhottie24_vug | Whys that | 101.177.202.231 | 2024-11-17 04:11:41 |
| sbhottie24_vug | donnybell4114_19i | That's what I'm into | 98.255.41.200 | 2024-11- 04:12:04 |
| donnybell4114_19i | sbhottie24_vug | How young? | 101.177.202.231 | 2024-11-17 04:16:09 |
| donnybell4114_19i | sbhottie24_vug | Do you like guys at all? | 101.177.202.231 | 2024-11-17 04:16:21 |
| sbhottie24_vug | donnybell4114_19i | Not really into pics of guys unless it's boys w their moms | 98.255.41.200 | 2024-11-17 04:17:18 |
| donnybell4114_19i | sbhottie24_vug | That's hot lol so how young do you like girls to be | 101.177.202.231 | 2024-11-17 04:17:43 |
| sbhottie24_vug | donnybell4114_19i | Younger the better | 98.255.41.200 | 2024-11-17 04:18:00 |

23.     On or about November 14, 2024, "sbhottie24_vug" and "jumpingkitty9000_zrm" exchanged the following messages, summarized below:

11

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| jumpingkitty9000_zrm | sbhottie24_vug | Pretty good, what are you searching for on kik? | 81.204.156.215 | 2024-11-14 22:16:54 |
| sbhottie24_vug | jumpingkitty9000_zrm | Pics of girls my age or younger | 98.255.41.200 | 2024-11-14 22:17:20 |
| jumpingkitty9000_zrm | sbhottie24_vug | I can help you out | 81.204.156.215 | 2024-11-14 22:19:13 |
| jumpingkitty9000_zrm | sbhottie24_vug | Would love some back | 81.204.156.215 | 2024-11-14 22:19:18 |
| sbhottie24_vug | jumpingkitty9000_zrm | How young you got?? | 98.255.41.200 | 2024-11-14 22:19:35 |
| jumpingkitty9000_zrm | sbhottie24_vug | Any age really so what do you want? | 81.204.156.215 | 2024-11-14 22:19:52 |
| sbhottie24_vug | jumpingkitty9000_zrm | Younger the better ;) | 98.255.41.200 | 2024-11-14 22:21:22 |
| jumpingkitty9000_zrm | sbhottie24_vug | Sure but like give me a range lol | 81.204.156.215 | 2024-11-14 22:21:46 |
| jumpingkitty9000_zrm | sbhottie24_vug | Like 0-4  5-10  ect. | 81.204.156.215 | 2024-11-14 22:22:02 |

12

| sbhottie24_vug | jumpingkitty9000_zrm | 0-4  5-13 | 98.255.41.200 | 2024-11-14 22:22:36 |
|---|---|---|---|---|
| jumpingkitty9000_zrm | sbhottie24_vug | Okki | 81.204.156.215 | 2024-11-14 22:22:43 |
| jumpingkitty9000_zrm | sbhottie24_vug | Can you send stuff of yourself back? | 81.204.156.215 | 2024-11-14 22:22:52 |
| sbhottie24_vug | jumpingkitty9000_zrm | I have a few | 98.255.41.200 | 2024-11-14 22:23:11 |
| jumpingkitty9000_zrm | sbhottie24_vug | Nice | 81.204.156.215 | 2024-11-14 22:23:22 |
| jumpingkitty9000_zrm | sbhottie24_vug | I do have 0-4 amd will send those when i hear back from you okay? | 81.204.156.215 | 2024-11-14 22:41:18 |
| jumpingkitty9000_zrm | sbhottie24_vug | Nice vids , still rather see you tbhðŸ˜ | 81.204.156.215 | 2024-11-14 23:00:32 |
| sbhottie24_vug | jumpingkitty9000_zrm | ðŸ˜ | 98.255.41.200 | 2024-11-14 23:01:13 |
| sbhottie24_vug | jumpingkitty9000_zrm | Can I get more ;) | 98.255.41.200 | 2024-11-14 23:01:49 |
| jumpingkitty9000_zrm | sbhottie24_vug | Cute | 81.204.156.215 | 2024-11-14 23:07:45 |
| jumpingkitty9000_zrm | sbhottie24_vug | Anything else you like besides cp? | 81.204.156.215 | 2024-11-14 23:12:46 |
| jumpingkitty9000_zrm | sbhottie24_vug | I mean i can keep going np | 81.204.156.215 | 2024-11-14 23:12:59 |

| sbhottie24_vug | jumpingkitty9000_zrm | Beastiality | 98.255.41.200 | 2024-11-14 23:13:14 |
|---|---|---|---|---|
| sbhottie24_vug | jumpingkitty9000_zrm | You have mom's w sons?? | 98.255.41.200 | 2024-11-14 23:27:18 |
| jumpingkitty9000_zrm | sbhottie24_vug | Some | 81.204.156.215 | 2024-11-14 23:27:35 |
| sbhottie24_vug | jumpingkitty9000_zrm | Mmmm she sucked it good | 98.255.41.200 | 2024-11-14 23:31:44 |

24.     CyberTip 1 reported that "sbhottie24_vug" sent files depicting minors engaged in sexually explicit conduct to another Kik user on November 14, 2024, at 22:59:43, 22:34:35, 23:00:15, and 23:10:46, and 23:11:10. Those files were sent during the times documented in the table above.

25.     On or about November 17, 2024, "sbhottie24_vug" and "kathyrose678_rpa" exchanged the following messages, summarized below:

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| sbhottie24_vug | kathyrose678_rpa | Hiii | 98.255.41.200 | 2024-11-17 17:17:17 |
| kathyrose678_rpa | sbhottie24_vug | Are you interested in buying pics and videos | 23.83.131.110 | 2024-11-17 17:17:53 |
| sbhottie24_vug | kathyrose678_rpa | I'm only 16, I don't have money | 98.255.41.200 | 2024-11-17 17:18:21 |
| sbhottie24_vug | kathyrose678_rpa | I just trade | 98.255.41.200 | 2024-11-17 17:18:30 |
| kathyrose678_rpa | sbhottie24_vug | Send me 20pics and I'll send you 20 also | 23.83.131.110 | 2024-11-17 17:19:35 |
| kathyrose678_rpa | sbhottie24_vug | This are not even you | 23.83.131.110 | 2024-11-17 17:21:12 |

| | | | | |
|---|---|---|---|---|
| kathyrose678_rpa | sbhottie24_vug | Bye | 23.83.131.110 | 2024-11-17 17:21:13 |
| sbhottie24_vug | kathyrose678_rpa | You didn't say of me | 98.255.41.200 | 2024-11-17 17:21:44 |

26.    CyberTip 1 reported that "sbhottie24_vug" sent files depicting minors engaged in sexually explicit conduct to another Kik user on November 17, 2024, at 17:20:54, 17:20:59, and 17:21:00.  Those files were sent during the times documented in the table above.

27.    On or about Novem 17, 2024, "sbhottie24_vug" and "queenmunchoxo_yk6" exchanged the following messages, summarized below:

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| sbhottie24_vug | queenmunchxo_yk6 | What is youngest you have seen pics of | 98.255.41.200 | 2024-11-17 05:32:29 |
| queenmunchxo_yk6 | sbhottie24_vug | All ages | 172.59.209.57 | 2024-11-17 05:32:35 |
| sbhottie24_vug | queenmunchxo_yk6 | Ooo :) | 98.255.41.200 | 2024-11-17 05:33:59 |
| queenmunchxo_yk6 | sbhottie24_vug | U | 172.59.209.57 | 2024-11-17 05:34:10 |
| sbhottie24_vug | queenmunchxo_yk6 | 0-11 is my favorite | 98.255.41.200 | 2024-11-17 05:34:21 |
| queenmunchxo_yk6 | sbhottie24_vug | Me too | 172.59.209.57 | 2024-11-17 05:34:33 |
| queenmunchxo_yk6 | sbhottie24_vug | U have any | 172.59.209.57 | 2024-11-17 05:34:43 |
| sbhottie24_vug | queenmunchxo_yk6 | Mmmm goood | 98.255.41.200 | 2024-11-17 05:34:47 |
| sbhottie24_vug | queenmunchxo_yk6 | I don't  :/ | 98.255.41.200 | 2024-11-17 05:35:00 |
| sbhottie24_vug | queenmunchxo_yk6 | I have a video | 98.255.41.200 | 2024-11-17 05:35:08 |
| queenmunchxo_yk6 | sbhottie24_vug | Mm | 172.59.209.57 | 2024-11-17 05:35:12 |

15

| sbhottie24_vug | queenmunchxo_yk6 | Maybe you can send me something;) | 98.255.41.200 | 2024-11-17 05:36:29 |
| queenmunchxo_yk6 | sbhottie24_vug | Damn girl | 172.59.209.57 | 2024-11-17 05:38:10 |
| sbhottie24_vug | queenmunchxo_yk6 | Mommy likes | 98.255.41.200 | 2024-11-17 05:42:15 |

28.     CyberTip 1 reported that "sbhottie24_vug" sent files depicting minors engaged in sexually explicit conduct to another Kik user on November 17, 2024, at 05:36:13 and 05:36:15.  Those files were sent during the times documented in the table above.

29.     On or about November 17, 2024, "sbhottie24_vug" and "twizteddemonz_5sf" exchanged the following messages, summarized below:

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| sbhottie24_vug | twizteddemonz_5sf | You have pics of younger girls to trade :) | 98.255.41.200 | 2024-11-17 04:40:26 |
| twizteddemonz_5sf | sbhottie24_vug | How ynger girls | 107.122.246.33 | 2024-11-17 04:41:32 |
| sbhottie24_vug | twizteddemonz_5sf | 0-11 | 98.255.41.200 | 2024-11-17 04:41:38 |
| twizteddemonz_5sf | sbhottie24_vug | Really | 107.122.246.33 | 2024-11-17 04:42:12 |
| sbhottie24_vug | twizteddemonz_5sf | Yes | 98.255.41.200 | 2024-11-17 04:42:17 |
| twizteddemonz_5sf | sbhottie24_vug | You into that | 107.122.246.33 | 2024-11-17 04:42:20 |
| sbhottie24_vug | twizteddemonz_5sf | Yes I am | 98.255.41.200 | 2024-11-17 04:42:26 |
| twizteddemonz_5sf | sbhottie24_vug | Nice | 107.122.246.33 | 2024-11-17 04:42:32 |
| sbhottie24_vug | twizteddemonz_5sf | You? | 98.255.41.200 | 2024-11-17 04:42:47 |
| twizteddemonz_5sf | sbhottie24_vug | I like 0-16 | 107.122.246.33 | 2024-11-17 04:43:13 |
| sbhottie24_vug | twizteddemonz_5sf | Nice:) | 98.255.41.200 | 2024-11-17 04:43:19 |
| twizteddemonz_5sf | sbhottie24_vug | Do you like seeing guys playing with yng girls | 107.122.246.33 | 2024-11-17 04:47:46 |

| sbhottie24_vug | twizteddemonz_5sf | Or boys w their moms | 98.255.41.200 | 2024-11-17 04:48:00 |
| sbhottie24_vug | twizteddemonz_5sf | Sexy | 98.255.41.200 | 2024-11-17 04:50:24 |
| twizteddemonz_5sf | sbhottie24_vug | Nice | 107.122.246.33 | 2024-11-17 04:53:01 |
| twizteddemonz_5sf | sbhottie24_vug | I have more on a different account just can't get to it right now not at home | 107.122.246.33 | 2024-11-17 04:55:18 |

30.    On or about November 17, 2024, "sbhottie24_vug" and "yoove_etw_vug" exchanged the following messages, summarized below:

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| sbhottie24_vug | yoovc_etw | Hiiii | 98.255.41.200 | 2024-11-17 04:04:31 |
| sbhottie24_vug | yoovc_etw | Love them young ;) | 98.255.41.200 | 2024-11-17 04:05:02 |
| yoovc_etw | sbhottie24_vug | Hey what you got | 98.41.128.141 | 2024-11-17 04:05:07 |
| yoovc_etw | sbhottie24_vug | How young | 98.41.128.141 | 2024-11-17 04:05:29 |
| sbhottie24_vug | yoovc_etw | I'm just getting into my collection again... trying to get my stock up | 98.255.41.200 | 2024-11-17 04:05:32 |
| sbhottie24_vug | yoovc_etw | Younger the better.... what do you have that you could send :) | 98.255.41.200 | 2024-11-17 04:07:35 |
| yoovc_etw | sbhottie24_vug | Do you have any younger than that tho I have to see what I have but maybe ya just send anything younger | 98.41.128.141 | 2024-11-17 04:11:17 |
| sbhottie24_vug | yoovc_etw | That's all I have right now :( trying to build my collection again | 98.255.41.200 | 2024-11-17 04:11:53 |
| yoovc_etw | sbhottie24_vug | What's your youngest | 98.41.128.141 | 2024-11-17 04:12:23 |

17

| sbhottie24_vug | yoovc_etw | 13 | 98.255.41.200 | 2024-11-17 04:12:39 |
|---|---|---|---|---|
| sbhottie24_vug | yoovc_etw | But i like young... :) | 98.255.41.200 | 2024-11-17 04:12:50 |
| sbhottie24_vug | yoovc_etw | Younger the bettwr | 98.255.41.200 | 2024-11-17 04:12:54 |
| yoovc_etw | sbhottie24_vug | How old is the girl in the pictures | 98.41.128.141 | 2024-11-17 04:13:09 |
| yoovc_etw | sbhottie24_vug | How young | 98.41.128.141 | 2024-11-17 04:13:26 |
| sbhottie24_vug | yoovc_etw | 13 | 98.255.41.200 | 2024-11-17 04:13:32 |
| yoovc_etw | sbhottie24_vug | When you say the younger the better how young do you mean | 98.41.128.141 | 2024-11-17 04:14:23 |
| sbhottie24_vug | yoovc_etw | 0-11 | 98.255.41.200 | 2024-11-17 04:14:41 |

31.    On or about September 30, 2024, "softballchika007_hrh" and "shorty_arriaga_ssp" exchanged the following messages, summarized below:

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| softballchika007_hrh | shorty_arriaga_ssp | Get anything new ;) | 98.255.41.200 | 2024-09-30 03:06:44 |
| shorty_arriaga_ssp | softballchika007_hrh | I did lol | 174.211.160.252 | 2024-09-30 03:08:18 |
| shorty_arriaga_ssp | softballchika007_hrh | How old is she | 174.211.160.252 | 2024-09-30 03:12:20 |
| shorty_arriaga_ssp | softballchika007_hrh | She hot | 174.211.160.252 | 2024-09-30 03:12:27 |
| softballchika007_hrh | shorty_arriaga_ssp | 13 | 98.255.41.200 | 2024-09-30 03:12:59 |
| shorty_arriaga_ssp | softballchika007_hrh | Damm | 174.211.160.252 | 2024-09-30 03:14:41 |
| shorty_arriaga_ssp | softballchika007_hrh | Any more | 174.211.160.252 | 2024-09-30 03:14:47 |

32.    CyberTip 2 reported that "softballchika007_hrh" sent files depicting minors engaged in sexually explicit conduct to another Kik user on September 30, 2024, at 03:11:21 and 03:09:10.  Those files were sent during the times documented in the table above.

33.    On or about September 30, 2024, "softballchika007_hrh" and "chepel1266_9cx" exchanged the following messages, summarized below:

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| chepe1266_9cx | softballchika007_hrh | Yes | 70.185.34.113 | 2024-09-30 02:43:53 |
| softballchika007_hrh | chepe1266_9cx | Pics of young girls? | 98.255.41.200 | 2024-09-30 02:44:33 |
| chepe1266_9cx | softballchika007_hrh | Give me a photo | 70.185.34.113 | 2024-09-30 02:45:18 |
| chepe1266_9cx | softballchika007_hrh | Sexy ðŸ˜ðŸ¤ | 70.185.34.113 | 2024-09-30 02:45:39 |
| chepe1266_9cx | softballchika007_hrh | I have videos | 70.185.34.113 | 2024-09-30 02:46:34 |
| softballchika007_hrh | chepe1266_9cx | Me too ;) | 98.255.41.200 | 2024-09-30 02:46:42 |

(Break in conversation)

| Sender | Receiver | Message | IP Address | Date/Time |
|---|---|---|---|---|
| softballchika007_hrh | chepe1266_9cx | Last 3 vids just sent are not me | 98.255.41.200 | 2024-09-30 02:50:33 |
| softballchika007_hrh | chepe1266_9cx | That little boy needed to get his dick in his mom | 98.255.41.200 | 2024-09-30 02:51:17 |
| chepe1266_9cx | softballchika007_hrh | Aaa ok | 70.185.34.113 | 2024-09-30 02:51:17 |
| softballchika007_hrh | chepe1266_9cx | She is sexy | 98.255.41.200 | 2024-09-30 02:51:21 |
| chepe1266_9cx | softballchika007_hrh | Yes | 70.185.34.113 | 2024-09-30 02:51:39 |

34.    I also submitted an administrative subpoena to MediaLab/Kik for subscriber information for the Kik accounts "sbhottie24" and "softballchika007." In the subpoena returns, Kik identified that an Android Samsung brand device was associated with both Kik accounts. The Kik returns also noted the network operator for the Android Samsung device associated with the account was 310.410. Based upon my knowledge, training, and experience, and conversations with experienced law enforcement officers/agents, 310.410 is a known mobile network code for AT&T.

**Execution of Search Warrant and Seizure of Digital Devices**

35.    On or about December 27, 2024, law enforcement obtained a state search warrant authorizing a search of the residence at 11353 Muirfield Road, the CDCR CCWF, specifically including **CONTRERAS**' office and related areas, and **CONTRERAS**' person. The search warrant also authorized a search of phones and other electronic devices located.

36.    On January 2, 2025, the state search warrant was executed. Law enforcement

encountered **CONTRERAS** at CWFF and seized from his person a Samsung Galaxy Z Fold 6 smartphone. An inscription on the Samsung Galaxy Z Fold 6 smartphone indicated it was manufactured in Vietnam.

### Forensic Review of the Samsung Galaxy Z Fold 6 Smartphone

37.    A Fresno Sherriff's Office ("FSO") detective assigned to the Central California ICAC Task Force forensically extracted data from the Samsung Galaxy Z Fold 6. I and other experienced HSI Sas reviewed the extraction from the Samsung Galaxy Z Fold 6 smartphone. The extraction revealed the following device information:

CURRENT SIM OPERATOR NAME: AT&T

CURRENT SIM PHONE NUMBER: 15592238508

DEVICE MODEL: SM-F956U

BLUETOOTH DEVIC NAME: RALPH'S Z FOLD6

38.    From the extraction, we also observed "stixmw11@gmail.com" as the username for various online platforms to include Instagram, Gmail, and Netflix. On the Samsung Galaxy Z Fold 6's "searched items," we observed "Kik" as a searched value via the Google Play Store with a timestamp of November 16, 2024.

39.    From the extraction, we observed approximately eighteen (18) videos depicting minors engaged in sexually explicit conduct. The eighteen videos began with a path file name "EXTRACTION_FFS.zip/data/media/0/privacy_safe/video" and source file name "EXTRACTION_FFS.zip/data/media/0?.privacy_safe/video/." Based upon my knowledge, training, and experience, and the knowledge, training, and experience of other experienced law enforcement officers I have spoken with, the source file name indicates the videos originated from a private application or private gallery on **CONTRERAS'** smartphone. Below are descriptions of  (1) image and two (2) videos from **CONTRERAS'** smartphone. These videos and image did not match to a video or image from CyberTip 1 and CyberTip 2.

### a)  One file contained an image

The image depicted what appeared to be, based on my knowledge, training, and experience, the individual's short limbs, the lack of pubic hair around the penis, and conversations with and review by

experienced law enforcement officers and/or agents, an approximately three to four-year-old male. The minor male was fully nude and standing. Another individual whose age and gender cannot be discerned in the photo had the minor male's penis inserted into their mouth.

**b) One file contained a video**

The video depicted what appeared to be, based on my knowledge, training, and experience, and conversations with and review by experienced law enforcement officers and/or agents, the individual's youthful face and lack of breast development indicating an approximately eight to ten-year-old female. The tone of the minor female's voice was higher pitched and soft, lacking the deeper and more resonant quality of a fully matured voice. The minor female was nude from the stomach down and was laying on her back atop a bed. The video began with what appeared to be, based on its size, an adult's foot under the minor female's bare buttocks. The camera was focused on the minor female's genitalia and anus as her knees are tucked into her stomach. The adult touched the minor female's anus with a finger. The camera panned up towards the minor female's chest and face. The adult then pulled the minor female's shirt up to expose her nipples.

**c) Another file contained an approximately 51-second video**

The video depicted what appeared to be, based on my knowledge, training, and experience, and conversations with and review by experienced law enforcement officers and/or agents, an approximately three- to five-year-old female due to the lack of pubic hair, small feet, and shortness of the lower limbs. The minor female was naked from the waist down, and the minor female's legs were spread open exposing the minor female's genitalia. The focal point of the camera recording the video was focused on the minor female's genitalia. To the left of the minor female is an adult female. Throughout the video, the adult female was seen placing her mouth on the minor female's genitalia.

40.    From the extraction, we also observed approximately twenty-two (22) images that appeared to depict minors engaged in sexually explicit conduct. The twenty-two (22) images discovered on the smartphone were cached images.  Based upon my knowledge, training, and experience, and the knowledge, training, and experience of other experienced law enforcement officers I have spoken with, when an image is appearing as "cache," the image is stored by the smartphone device to allow the user to visit an image or video more easily without taking longer to load content. In this instance, based upon

my knowledge, training, and experience, and the knowledge, training, and experience of other experienced law enforcement officers I have spoken with, the twenty-two (22) cache images were created from images or videos once stored in the smartphone's image or photo gallery. While the original image or video is no longer present on the device, a cache image acts as a thumbnail storing the original image or video that was previously downloaded and saved into the gallery section of the smartphone. The thumbnail or cache image appears with a modified date rather than an original creation date of the image or video due to original image or video no longer present on the smartphone.

41.     Ten (10) of the images located on the smartphone that depicted minors engaged in sexually explicit conduct matched images and/or videos located in CyberTip 1 or CyberTip 2. Nine (9) of the ten (10) images were found to have a modified date prior to when the image or video was flagged by Kik. Based upon my knowledge, training, and experience, and the knowledge, training, and experience of other experienced law enforcement officers I have spoken with, this means **CONTRERAS** was likely in possession of the image or videos before they were sent to other users on Kik, allowing a cache image to be created on his phone.

**Statement of Ralph CONTRERAS, Jr.**

42.     On January 2, 2025, law enforcement interviewed **CONTRERAS**. Law enforcement advised **CONTRERAS** of his *Miranda* rights, and **CONTRERAS** stated he understood his rights.

43.     **CONTRERAS** stated his personal email address is stixmw11@gmail.com. **CONTRERAS** stated "stix" is a nickname he uses. **CONTRERAS** said that Comcast is his home internet service provider, and that he used his name and information for the account. **CONTRERAS** stated his internet is password protected and only shared with family members.

44.     **CONTRERAS** stated he has viewed "younger porn before," later confirming he meant child pornography. **CONTRERAS** stated he did not know the youngest child he had seen in images/videos he had viewed but admitted it was under eighteen (18) years of age.  He said the images/videos depicted individuals that were around fourteen (14) years of age. **CONTRERAS** stated he viewed the material on his personal smartphone. **CONTRERAS** stated he had downloaded Kik to view child pornography, and he said that he frequently exchanged content with others.

**Other Devices Seized During Search Warrant Execution**

45.    Additional electronic devices and computer storage media devices were seized from **CONTRERAS**' residence in Chowchilla: one (1) white iPhone, four (4) black iPhones, one (1) Apple iPad, and one (1) blue secure digital (SD) card. After examination, there was nothing of evidentiary value on the one (1) white iPhone, four (4) black iPhones, and one (1) blue secure digital (SD) card. On the Apple iPad, there was one (1) video located containing a depiction of bestiality.

## VI.    CONCLUSION

46.    As outlined above, there is probable cause to believe **Ralph Contreras, Jr.** has violated 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B) for receiving, distributing, and possessing material depicting the sexual exploitation of a minor. I request that an arrest warrant be issued for **CONTRERAS** for the violations.

47.    I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

*Lillie Thibodeaux*

Lillie Thibodeaux, Special Agent
Homeland Security Investigations

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1, 4(d), and 41(d)(3) on _____**Apr 18, 2025**_____.

*Erica P. Grosjean*

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

Approved as to Form by:

/s/ *Brittany M. Gunter*

BRITTANY M. GUNTER
Assistant United States Attorney