MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Jun 09, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RALPH CONTRERAS, JR.,<br><br>　　　　　　Defendant. | CASE NO. 1:25-MJ-00043-EPG<br><br>ORDER TO UNSEAL CASE |

　　　Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the complaint and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated: __June 9, 2025__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2