IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>RALPH CONTRERAS JR.,<br><br>　　　　　　　Defendant. | CASE NO.  1:25-MJ-00043-EPG<br><br>PROTECTIVE ORDER |

For good cause shown, the stipulation between counsel dated June 11 2025, in Case No. 1:25-MJ-00043-EPG, regarding discovery and treatment of Protected Information is approved.

IT IS SO ORDERED.

Dated:  **June 11, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge