1  **ERIC H. SCHWEITZER #179776**
   **ANNIE L. DAVIDIAN #252644**
2  **SCHWEITZER & DAVIDIAN, PC**
   642 Pollasky, Suite #110
3  Clovis, CA  93612
   Tel:  (559) 322-1500
4  Fax: (559) 322-1551

5  ATTORNEYS FOR DEFENDANT, RALPH CONTRERAS, Jr.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25-cr-00119-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION MODIFYING CONDITIONS OF RELEASE AND ORDER** |
| RALPH CONTRERAS, Jr., | |
| Defendant. | |

It is hereby agreed to by the Government and Eric H. Schweitzer, Attorney for Defendant, that Defendant's Condition of Release Subdivision "(o)" shall be modified as follows:

> (o) not access the Internet and you must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location, unless otherwise approved by the Pretrial Services Officer.  Your parents are authorized to each have one password-protected smartphone, which you will not have access to;

///

///

///

///

1

All other previously imposed Conditions of Release, not in conflict with this order, shall remain in full force and effect.

Dated: August 14, 2025.        ERIC GRANT
                               UNITED STATES ATTORNEY


                               By  /s/ BRITTANY M. GUNTER
                                   BRITTANY M. GUNTER
                                   Assistant U.S. Attorney


Dated: August 13, 2025.        SCHWEITZER & DAVIDIAN


                               By  /s/ ERIC H. SCHWEITZER
                                   ERIC H. SCHWEITZER
                                   Attorney for Defendant,
                                   RALPH CONTRERAS, Jr.

Dated: August 13, 2025.        **AGREED.**


                                  /s/ RALPH CONTRERAS
                               RALPH CONTRERAS, Jr., Defendant

Dated: August 13, 2025.        **AGREED.**


                                  /s/ TRACY CONTRERAS
                               TRACY CONTRERAS, Custodian

Dated: August 13, 2025.        **AGREED.**



                                  /s/ DIANN P. FURLONG
                               DIANN P. FURLONG, Surety



///

///

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Condition of Release Subdivision "(o)" shall be modified as stated above.

**IT IS FURTHER ORDERED** that all other previously imposed Conditions of Release, not in conflict with this order, shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **August 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge