ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH CONTRERAS, JR.,<br><br>　　　　　　　　Defendant. | Case No: 1:25-CR-00119-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Eric Schweitzer, counsel for Ralph Contreras, Jr. ("the defendant"), that this action's **Wednesday, August 27, 2025, status conference be continued to Wednesday, December 10, 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on June 12, 2025. ECF 13. Since then, the government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules. The defense is and has been

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1

reviewing discovery thus far provided.

2. The government will follow up with law enforcement to determine the extent supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

3. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Fresno office to ensure that the defense is able to timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

4. Defense counsel requires more time to complete his review of the discovery, complete any additional investigation, discuss the case with the defendant, arrange for a review of the electronic evidence, and consider consulting with an expert.

5. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

6. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. The parties therefore stipulate that the period of time from August 27, 2025, through and including December 10, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking

///

///

such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  August 19, 2025                                    ERIC GRANT
                                                                                  United States Attorney

                                                                      By:  /s/ BRITTANY M. GUNTER
                                                                                  BRITTANY M. GUNTER
                                                                                  Assistant United States Attorney


Dated: August 19, 2025                                     By:  /s/ ERIC SCHWEITZER
                                                                                  ERIC SCHWEITZER
                                                                                  Attorney for Defendant
                                                                                  Ralph Contreras, Jr.


## O R D E R

IT IS ORDERED that the status conference currently set for August 27, 2025 is continued to **December 10, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS FURTHER ORDERED THAT the period of time from August 27, 2025, through and including December 10, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 19, 2025**                              /s/ Barbara A. McAuliffe
                                                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT