ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RALPH CONTRERAS, JR.,<br><br>                    Defendant. | CASE NO.  1:25-CR-00119-KES-EPG<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |

The United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Ralph Contreras, Jr., by and through defendant's counsel of record, Eric Hans Schweitzer, hereby stipulate as follows:

1.      The parties have reached a resolution and filed a plea agreement.  ECF 41.

2.      After conferring about available dates wherein counsel can appear, the parties request that the Court set a change of plea hearing for April 13, 2026.  The parties cleared the April 13 hearing date with the courtroom deputy.

3.      In light of the plea agreement, the parties request that the status conference set for May 13, 2026, be vacated.

///

///

STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER

1

4.      Time was previously excluded through May 13, 2026.  ECF 40.

IT IS SO STIPULATED.

Dated:  March 18, 2026

ERIC GRANT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  March 18, 2026

/s/ ERIC HANS SCHWEITZER
ERIC HANS SCHWEITZER
Counsel for Defendant

## ORDER

IT IS ORDERED that a change of plea hearing is set for **April 13, 2026, at 9:30AM before District Judge Kirk E. Sherriff.**  The status conference set for May 13, 2026, is hereby VACATED.

IT IS SO ORDERED.

Dated:   March 18, 2026

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO SET CHANGE OF PLEA HEARING;
ORDER

2