ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-00119-KES-EPG |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| RALPH CONTRERAS, JR., | |
| Defendant. | |

The defendant, Ralph Contreras, Jr., was a law enforcement officer who betrayed his obligation to uphold the law and protect the public in one of the worst ways possible – by dealing in child sexual abuse images.  Mr. Contreras' offense is made more egregious by the fact that his involvement in this area is long-running and the images for which he was responsible included young children.  *See* PSR at ¶ 24 (Mr. Contreras told a Kik user, "I'm just getting into my collection again . . . trying to get my stock up" and the "[y]ounger the better.")

Moreover, Mr. Contreras stated in his PSR interview that he feels rejuvenated and thankful because this case got him out of a "dark place."  PSR at ¶ 35.  He also identifies and emphasizes several of what he believes are mitigating factors throughout his sentencing memorandum.  *See*, *generally*, Dkt. 52.  While the government believes that Mr. Contreras has

accepted responsibility for his misconduct, these types of statements show that has not fully grasped its negative impact on the community.  He helped fuel a black market where children are exploited and scarred for their lifetimes.  He needs to come to understand how badly he has hurt these children rather than focus so much on himself.

For these reasons and the other reasons stated in the PSR, and consistent with the parties' plea agreement, the government joins the Probation Office's recommendation that Mr. Contreras be sentenced to 225 months in prison, 180 months of supervised release, and full restitution.  The government believes that this is an appropriate sentence under the 18 U.S.C. § 3553(a) factors.

Dated:  July 8, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney