**ERIC H. SCHWEITZER #179776**
**ANNIE L. DAVIDIAN #252644**
**SCHWEITZER & DAVIDIAN, PC**
642 Pollasky, Suite #110
Clovis, CA 93612
Tel: (559) 322-1500
Fax: (559) 322-1551

ATTORNEYS FOR DEFENDANT, RALPH CONTRERAS, Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**RALPH CONTRERAS, Jr.,**<br>**Defendant.** | **Case No. 1:25-cr-0119-KES-EPG**<br><br>**ORDER FOR RETURN OF COLLATERAL AND PROPERTY** |

Upon request of Defendant, and the government having indicated it does not oppose the motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk of the Court is ordered to return the Certificate of Title/pink slip to Diann P. Furlong:

Owners: Diann P. Furlong

Address: Sacramento, CA

Serial No.: S0273U, S0273X

Said Certificate of Title/pink slip shall be returned directly to Diann P. Furlong.

**IT IS FURTHER ORDERED** that the following property shall be returned to Tracy Contreras:

Item 14: One (1) Blue SD card in a Fuji Camera found in the closet in Room E by HSI SA L. Seeger.

Item 15: One (1) White iPhone was found in a file box in Room E by MCSO Deputy M. Ramirez.

Item 16: One (1) iPad found on the kitchen counter in Room B by HSI SA J. Torino. For the reasons identified by the government, the return of this iPad is subject to it being wiped by law enforcement as needed prior to its return.

Item 17: Four (4) black iPhones found on a bottom shelf inside the safe in Room E by HSI SA J. Torino.

The motion hearing previously set for September 28, 2026, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated: September 21, 2026

UNITED STATES DISTRICT JUDGE